UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC DAVIS, a/k/a "Bags,"<br><br>Defendant | Criminal No. 20-10136-RGS-5<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of Cocaine and Cocaine Base<br>(21 U.S.C. § 846)<br><br>Count Two: Felon in Possession of a Firearm<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

SUPERSEDING INFORMATION

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
500 Grams of More of Cocaine and Cocaine Base
(21 U.S.C. § 846)

The United States Attorney charges:

Between in or about June 2019 and June 2020, in Boston and Canton, in the District of Massachusetts, and elsewhere, the defendant,

ERIC DAVIS, a/k/a "Bags,"

conspired with other persons known and unknown to the United States Attorney, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Scheduled II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams or more of

a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, ERIC DAVIS, a/k/a "Bags."  Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to defendant ERIC DAVIS, a/k/a "Bags."

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

The United States Attorney further charges:

On or about June 24, 2020, in Canton, in the District of Massachusetts, the defendant,

ERIC DAVIS, a/k/a "Bags,"

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Springfield Armory, XD-9, 9mm pistol, bearing serial number US934206.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>DRUG FORFEITURE ALLEGATION</u>
(21 U.S.C. § 853)

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendant,

ERIC DAVIS, a/k/a "Bags,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

   All pursuant to Title 21, United States Code, Section 853.

                        ANDREW E. LELLING
                        United States Attorney

By:   /s/ Timothy Moran
        (Digitally signed by TIMOTHY MORAN, Date: 2021.01.19 11:26:01 -05'00')
       Timothy E. Moran
       Kaitlin O'Donnell
       Assistant U.S. Attorneys